THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Jonathon
 Simpson, Appellant.
 
 
 

Appeal From Cherokee County
John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2009-UP-436
 Submitted September 1, 2009  Filed
September 10, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Jonathon
 Simpson appeals his conviction and sentence for armed robbery, arguing the
 trial judge erred in failing to conclude the State violated Batson v.
 Kentucky, 476 U.S. 79 (1986), when it struck two African Americans during
 jury selection.  After a
 thorough review of the record, counsel's brief, and Simpson's pro se brief,
 pursuant to Anders v. California, 386 U.S. 738 (1967) and State v.
 Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
HUFF, THOMAS, and PIEPER,
 JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.